BURKAN v. MUSICAL COURIER CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Nathan Burkan against the Musical Courier Company. No opinion. Motion denied, with $10. costs. Order filed. See, also, 140 N. Y. Supp. 1089.

BUSH, Respondent, v. CROTON FALLS CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Peter H. Bush against the Croton Falls Construction Company.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

BYRNE v. BYRNE. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by John Byrne against Jennie L. Byrne. No opinion. Motion granted, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1112.

BYRNE v. BYRNE. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Jennie L. Byrne against John Byrne. No opinion. Motion granted, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1112.

CADY, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Edward C. Cady against Jeanette Holmes.

PER CURIAM. Judgment reversed, and new trial granted; costs to abide the event. It was error not to allow defendant to show all she paid Aderer on plaintiff's account. It was error not to submit the question of conversion to the jury.

CALLAN v. CALLAN et al. O'BEIRNE v. SAME. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Actions by Philip Callan and by Mary O'Beirne against Peter Callan and others. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 154 App. Div. 924, 139 N. Y. Supp. 868.

CAMMAN et al. v. BAILEY et al. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Hermann H. Camman and others against Susannah G. Bailey and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 41) granted, and question certified. Motion for resettlement denied. Order filed.

CAMPBELL, Respondent, v. CAMPBELL et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by James P. Campbell against Eugene K. Campbell and another. B. E. Messler, of New York City, for appellants. C. O. Maas, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

CARDOZO v. BLOOMINGDALE. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Ernest A. Cardozo against Irving Bloomingdale. No opinion. Application denied, with $10 costs. Order signed. See, also, 140 N. Y. Supp. 377.

CARHART, Appellant, v. KEENE, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Charles C. Carhart against William R. Keene. J. H. Jackson, of New York City, for appellant. C. J. Campbell, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARLE, Respondent, v. LEDERER, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Ella S. Carle against George W. Lederer. F. Bien, of New York City, for appellant. F. Weinstein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CARLON v. REILLY. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Philip P. Carlon against Anna M. Reilly. No opinion. Application denied, with $10 costs. Order signed.

CARR et al. v. KIMBALL et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Walter C. Carr and others against Horatio G. Kimball and others. No opinion. Motion denied, with $10 costs. Order filed. See memorandum per curiam. See, also, 153 App. Div. 825, 139 N. Y. Supp. 253.

CASCADE HOTEL CO. v. ORLEANS ESTATE CO. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by the Cascade Hotel Company against the Orleans Estate Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 App. Div. 897, 138 N. Y. Supp. 1110.

CASPER v. KUHNS et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Louis Casper against Percival Kuhns and others. No opinion. Application granted. Order signed. See, also, 140 N. Y. Supp. 86.

CASTELLI v. BURNS et al. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Domenico Castelli against Alexander S. Burns and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1057.